IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:09-CV-121-BR

ESTES EXPRESS LINES INC.,
a Virginia Corporation,

    Plaintiff,

v.      **DEFAULT JUDGMENT**

ROANOKE MANUFACTURING, INC.,
a North Carolina corporation, et al.,

    Defendants.

This matter is before the undersigned pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 77.2(g), EDNC, on plaintiff Estes Express Lines, Inc.'s amended motion for default judgment against defendant Roanoke Manufacturing, Inc. ("Roanoke Manufacturing" or "defendant") [D.E. 15]. As evidenced by plaintiff's affidavit filed in support of the motion, it appears that this action is based on a claim for a sum which by computation can be made certain; that personal service was effected on Roanoke Manufacturing; that the court has jurisdiction over the subject matter of the action; that Roanoke Manufacturing is neither a minor nor an incompetent person and has failed to plead or otherwise appear in time allowed by law; that default has been entered against Roanoke Manufacturing [D.E. 13]; and, that Roanoke Manufacturing is indebted to plaintiff Estes Express Lines, Inc., in the sum of FORTY-THREE THOUSAND EIGHT HUNDRED THIRTY-SIX AND 14/100 DOLLARS ($43,836.14) without set-off or counterclaim.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Estes Express

Lines, Inc.'s amended motion for default judgment [D.E. 15] is GRANTED, and that plaintiff have and recover of and from defendant Roanoke Manufacturing, Inc. the sum of FORTY-THREE THOUSAND EIGHT HUNDRED THIRTY-SIX AND 14/100 DOLLARS ($43,836.14), plus interest under 28 U.S.C. § 1961(a) at the rate of 0.29% per annum from the entry of judgment until paid in full.

Signed this 15th day of December 2010.

*[signature]*
Dennis P. Iavarone, Clerk of Court