UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ESTES EXPRESS LINES INC., | ) | |
| a Virginia Corporation, | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | **JUDGMENT** |
| ROANOKE MANUFACTURING, INC., | ) | |
| a North Carolina Corporation, | ) | No. 4:09-CV-121-BR |
| JOHN DOES 1-10, | ) | |
| and DOE CORPORATIONS 1-10, | ) | |
|       Defendants. | ) | |
| | ) | |

**Decision by Court.**

This action came before Dennis P. Iavarone, Clerk of Court, for consideration of plaintiff's amended motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Estes Express Lines, Inc.'s amended motion for default judgment is GRANTED, and that plaintiff have and recover of and from defendant Roanoke Manufacturing, Inc. the sum of FORTY-THREE THOUSAND EIGHT HUNDRED THIRTY-SIX AND 14/100 DOLLARS ($43,836.14), plus interest under 28 U.S.C. § 1961(a) at the rate of 0.29% per annum from the entry of judgment until paid in full.

Defendants John Does 1-10 and Doe Corporations 1-10 were voluntarily dismissed by plaintiff on December 15, 2010.

**This judgment filed and entered on December 16, 2010, and served on:**

James Niels Jorgensen (via CM/ECF Notice of Electronic Filing)

December 16, 2010                /s/ Dennis P. Iavarone
                                         Clerk of Court